No. 16,588.

ESTATE OF MCNEAL.

CAMPBELL *v.* BRAZOS.
(234 P. [2d] 624)

Decided July 16, 1951.

.Mr. THOMAS CAMPBELL, for plaintiff in error.

Messrs. BELLINGER & FARICY, for defendant in error.

*En Banc.*

PER CURIAM.

MR. JUSTICE CLARK did not participate. Mr. Chief Justice Jackson, Mr. Justice Alter and Mr. Justice Moore are in favor of affirmance; whereas Mr. Justice Stone, Mr. Justice Holland and Mr. Justice Hilliard are in favor of reversal. The court being equally divided in opinion, the judgment stands affirmed by operation of law as provided by Rule 118 (f) R.C.P. Colo.